THE STATE OF OHIO, APPELLEE, *v.* RICHARDSON, APPELLANT.

[Cite as *State v. Richardson* (1996), 74 Ohio St.3d 235.]

(No. 95–844—Submitted September 12, 1995—Decided January 10, 1996.)

*Stephanie Tubbs Jones*, Cuyahoga County Prosecuting Attorney, and *Sherry F. McCreary*, Assistant Prosecuting Attorney, for appellee.

*David H. Bodiker*, Ohio Public Defender, and *Kort Gatterdam*, Assistant Public Defender, for appellant.

---

*Per Curiam.* We affirm the judgment of the court of appeals. We find no injustice in applying the doctrine of *res judicata* on these facts. Since the date of the appellate decision sought to be reopened, appellant has appealed directly to this court and filed one application for reopening. Neither App.R. 26(B) nor *State v. Murnahan* (1992), 63 Ohio St.3d 60, 584 N.E.2d 1204, provides for second and subsequent applications for reopening. Therefore, the court of appeals did not err in finding that the matter of ineffective assistance of appellate counsel is now *res judicata*.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.